ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Jonathan.Lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:24-mj-71189-MAG |
| Plaintiff, | STIPULATION TO CONTINUE AND EXCLUDE TIME FROM SEPTEMBER 17, 2024 TO SEPTEMBER 19, 2024 AND ORDER |
| v. | |
| RICHARD LEE HARDMAN, | |
| Defendant. | |

STIPULATION TO CONTINUE AND EXCLUDE TIME AND ORDER
Case No. 4:24-mj-71189-MAG
v. 7/10/2018

The parties hereby stipulate to continue the pending appearance for preliminary hearing/arraignment from September 17, 2024 to September 19, 2024 at 10:30 a.m.

The parties further stipulate to exclude the time from September 17, 2024 to September 19, 2024 under the Speedy Trial Act for effective preparation of counsel. Specifically, counsel for all parties agree that time be excluded under the Speedy Trial Act from September 17, 2024 through September 19, 2024 for the effective preparation of counsel so that defense counsel can continue to prepare, including by reviewing the discovery produced. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from September 17, 2024 through September 19, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties further stipulate to exclude the time from September 17, 2024 to September 19, 2024 under the Rule 5.1 timeframe for a preliminary hearing. Defendant consents to this exclusion and the parties stipulate that good cause exists under Rule 5.1 for the exclusion, which is to facilitate counsel's scheduling conflicts.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: 9/16/2024        /s/
                        JONATHAN U. LEE
                        Assistant United States Attorney

DATED: 9/16/2024        /s/
                        ELISSE LAROUCHE
                        Counsel for Defendant RICHARD HARDMAN

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from September 17, 2024 through September 19, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 17, 2024 through September 19, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 17, 2024 through September 19, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The Court also excludes the time from September 17, 2024 to September 19, 2024 under the Rule 5.1 timeframe for a preliminary hearing, noting that defendant consents to this exclusion and the parties stipulate that good cause for the exclusion is to facilitate counsel's scheduling conflicts.

IT IS SO ORDERED.

DATED: September 16, 2024

_____
HON. DONNA M. RYU
Chief Magistrate Judge